### 49703. HARPER v. THE STATE.

PANNELL, Presiding Judge.

The defendant was indicted, tried and convicted of the offense of receiving stolen property. He appealed to this court on the general grounds only. *Held:*

The evidence was amply sufficient to authorize the verdict found, which included a statement made by the defendant to a police officer that he knew the property was stolen when he received it.

*Judgment affirmed. Evans and Webb, JJ., concur.*

SUBMITTED SEPTEMBER 4, 1974 — DECIDED SEPTEMBER 19, 1974.

*Filsoof & Mykel, M. C. Mykel,* for appellant.

*Bryant Huff, District Attorney, Gary Davis, Dawson*

*Jackson, Assistant District Attorneys,* for appellee.